UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA,                              JUDGMENT
                                                       11-CV- 2207 (ENV)
           Plaintiff,

    -against-

SURROUNDART TRANSPORTATION, INC.,

           Defendant.
--------------------------------------------------------X

      An Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on April 25, 2013, granting Plaintiff's motion a for default judgment; and directing the Clerk of Court to enter judgment in favor of Plaintiff in the amount of $6,635.00, plus interest at the post-judgment interest rate per annum, from the date of this judgment pursuant to 28 U.S.C. § 1961; it is

      ORDERED and ADJUDGED that Plaintiff's motion for a default judgment is granted; and that judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Surroundart Transportation, Inc. in the amount of $6,635.00, plus interest at the post-judgment interest rate per annum, from the date of this judgment pursuant to 28 U.S.C. § 1961.

Dated: Brooklyn, New York                         Douglas C. Palmer
       May 08, 2013                                 Clerk of Court

                                              by:
                                                   Michele Gapinski
                                                   Chief Deputy for
                                                   Court Operations